**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01254-CV

### IN THE INTEREST OF K.K., A CHILD

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00489-X

## ORDER

The reporter's record in this accelerated appeal involving the termination of appellant's parental rights is overdue. Before the Court is the request of Pamela Sumler, Official Court Reporter of the 305th Judicial District Court, for a fourteen-day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed by **November 19, 2018**. *See* TEX. R. APP. P. 35.3(c) (extension limited to ten days in accelerated appeals).

The rules of judicial administration accelerate the final disposition of appeals involving the termination of parental rights. *See* TEX. R. JUD. ADMIN. 6.2(a) (providing 180 days for court's final disposition). Accordingly, we caution Ms. Sumler that further requests for extension will be strongly disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Judge of the 305th Judicial District Court, Ms. Sumler, and all parties.

/s/     ADA BROWN
JUSTICE